**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

WEIGUO LEI,

Petitioner,

v.

TODD BLANCE, et al.,

Respondents.

CASE NO. 5:26-cv-05239-VBF-SK

**ORDER ACCEPTING REPORT AND RECOMMENDATION TO GRANT PETITION**

Pursuant to 28 U.S.C. § 636(b), the Court has reviewed the filed Report and Recommendation to Grant Petition. Because the deadline for objections has passed with none filed, the Court need not review de novo the findings and conclusions in the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140, 154 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Petition under 28 U.S.C. § 2241 is therefore granted for the reasons set forth in the Report and Recommendation. LEI WEIGUO (A# 246-563-478) is ordered released from ICE custody forthwith on reasonable terms and conditions of supervision pending removal proceedings. Judgment will be entered accordingly.

IT IS SO ORDERED.

DATED: October 6, 2026

Valerie Baker Fairbank

VALERIE BAKER FAIRBANK
Senior United States District Judge