**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

WEIGUO LEI,

Petitioner,

v.

TODD BLANCE, et al.,

Respondents.

CASE NO. 5:26-cv-05239-VBF-SK

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation to Grant Petition, IT IS ADJUDGED that the petition under 28 U.S.C. § 2241 is granted in Petitioner's favor. LEI WEIGUO (A# 246-563-478) shall be released from ICE custody forthwith on reasonable terms and conditions of supervision pending removal proceedings.

DATED: October 6, 2026

Valerie Baker Fairbank

VALERIE BAKER FAIRBANK
Senior United States District Judge